## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re *Ex Parte* Application of | : | |
| | : | |
| JANE DOE, | : | Case No. 3:24-mc-00102 |
| | : | |
| Applicant, | : | |
| | : | |
| FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | : : : : | |

### *EX PARTE* MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Upon the accompanying Memorandum of Law, the undersigned, on behalf of Applicant Jane Doe, hereby moves this Court for an order granting Applicant leave to proceed anonymously.

Dated: November 12, 2024

Respectfully Submitted,

MOTLEY RICE LLC

*/s/ William H. Narwold*
William H. Narwold (CT 00133)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1681 Telephone
bnarwold@motleyrice.com

*/s/Linda Singer*
Linda Singer
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9626 Telephone
(202) 386-9622 Fax
lsinger@motleyrice.com
*(Pro Hac Vice Forthcoming)*