# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| In re *Ex Parte* Application of | : | |
| | : | |
| JANE DOE, | : | Case No. 3:24-mc-00102-OAW |
| | : | |
| Applicant, | : | |
| | : | |
| FOR AN ORDER PURSUANT TO | : | |
| 28 U.S.C. § 1782 TO CONDUCT | : | |
| DISCOVERY FOR USE IN FOREIGN | : | |
| PROCEEDINGS | : | |

## MOTION FOR ORDER TO SHOW CAUSE

Applicant Jane Doe ("Applicant"), by and through her undersigned counsel, respectfully moves this Court for an Order to Show Cause why an order should not be entered, pursuant to 28 U.S.C. § 1782, granting Applicant leave to serve Ali Fayed ("Respondent") with subpoenas and discovery requests in substantially the forms attached as Exhibits A through C to the Application referenced below, for the taking of discovery for use in foreign proceedings. In support of this Motion, Applicant states as follows:

1. On November 12, 2024, Applicant filed an *Ex Parte* Application for Discovery Pursuant to 28 U.S.C. § 1782 (the "Application") seeking discovery from Respondent for use in imminent proceedings in the United Kingdom related to the trafficking of Jane Doe (and likely other victims).

2. The Application meets all statutory requirements under Section 1782: (a) Respondent resides or is found in this District; (b) the requested discovery is for use in a proceeding before a foreign tribunal; and (c) Applicant is an interested party in the foreign proceeding.

3. The discretionary factors set forth by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), also favor granting the requested discovery: (a) Respondent would not be a participant in the foreign proceeding; (b) the foreign tribunal would be receptive to the evidence to be gathered; and (c) the requested discovery is not unduly burdensome.

4. Given the anticipated timing of the foreign proceeding and Respondent's advanced age, Applicant respectfully requests that the Court set an expedited briefing schedule for any response by Respondent. Respondent has been on notice of this Application, which was reported by the international, national, and local media. *See e.g.,* Megan Specia and Emily Steel*, Woman Accuses Al-Fayed of Abuse and Says His Brother Knew of Trafficking at Harrods,* N.Y. Times (November 12, 2024), https://www.nytimes.com/2024/11/12/world/europe/fayed-harrods-sexual-assault.html; Daniel Boffey, *Fayed accuser files US court claim to make his younger brother give evidence,* The Guardian (November 13, 2024), https://www.theguardian.com/world/2024/nov/13/mohamed-al-fayed-accuser-files-us-court-claim-to-make-his-younger-brother-give-evidence; Robert Marchant, *Harrods sex trafficking lawsuit seeks 'critical evidence' from Greenwich brother of Mohamed Al Fayed,* Greenwich Time News (November 13, 2024), https://www.greenwichtime.com/news/article/greenwich-ct-harrods-mohamed-al-fayed-19910298.php.

WHEREFORE, Applicant respectfully requests that this Court:

(1) Issue an Order to Show Cause directing Respondent to show cause why an order should not be entered granting the Application;

(2) Set an expedited briefing schedule requiring Respondent to respond within 14 days of service of the Order to Show Cause;

(3) Grant Applicant leave to serve the proposed subpoenas and discovery requests upon Respondent; and

(4) Grant such other and further relief as the Court deems just and proper.

Dated: December 6, 2024                    Respectfully Submitted,

MOTLEY RICE LLC

*/s/Linda Singer*
Linda Singer (phv208339)
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9626 Telephone
(202) 386-9622 Fax
lsinger@motleyrice.com

William H. Narwold (CT 00133)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1681 Telephone
bnarwold@motleyrice.com