UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| In re *Ex Parte* Application of | : | |
| | : | |
| JANE DOE, | : | Case No. 3:24-mc-00102-OAW |
| | : | |
| Applicant, | : | |
| | : | |
| FOR AN ORDER PURSUANT TO | : | |
| 28 U.S.C. § 1782 TO CONDUCT | : | |
| DISCOVERY FOR USE IN FOREIGN | : | |
| PROCEEDINGS | : | |

**ORDER TO SHOW CAUSE WHY JANE DOE
SHOULD NOT BE GRANTED LEAVE TO OBTAIN DISCOVERY
FROM ALI FAYED FOR USE IN FOREIGN PROCEEDINGS**

Jane Doe submitted an Application for Discovery Pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings ("Application") on November 12, 2024. By her Application, Jane Doe seeks discovery from Ali Fayed, an individual residing in Greenwich, Connecticut. On December 6, 2024, Jane Doe filed a Motion for an Order to Show Cause directing service of the referenced discovery on Respondent.

The Court has considered the Application and law presented, and sufficient reason appearing, the Court rules as follows. It is hereby:

ORDERED that Jane Doe shall serve Respondent Ali Fayed with the Application and this Order within seven (7) days of entry of this Order; and

ORDERED that within fourteen (14) days of service of the Application and Order upon Respondent, papers in opposition to the Application (including any objections to the proposed subpoenas and discovery requests), if any, shall be served upon Jane Doe's counsel; and

ORDERED that within seven (7) days of service of the opposing papers, a reply

memorandum in support of the Application (and proposed subpoenas and discovery requests), if any, shall be served by hand, facsimile, or e-mail upon counsel for any party submitting opposing papers.

**IT IS SO ORDERED.**

Dated: December 16, 2024

Omar A. Williams
Digitally signed by Omar A. Williams
Date: 2024.12.16 11:17:50 -05'00'

Omar A. Williams,
United States District Judge for the
District of Connecticut